IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NKIDEJA AGBA, as Mother and Next Friend of JOSIAH COLE, a minor, ) ) ) | |
| Plaintiff, ) ) | No. 1:15-cv-7082 |
| vs. ) ) | JURY DEMAND |
| UNITED STATES OF AMERICA ) ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES the Plaintiff, **NJIDEKA AGBA, as Mother and Next Friend of JOSIAH COLE, a minor,** by and through her attorneys, **KRALOVEC, JAMBOIS & SCHWARTZ**, and complaining of the Defendant, **THE UNITED STATES OF AMERICA ("USA"),** states the following:

### JURISDICTION AND VENUE

1. Plaintiff, **NJIDEKA AGBA, as Mother and Next Friend of JOSIAH COLE, a minor,** is a citizen and resident of the State of Illinois.

2. Plaintiff is seeking relief under the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq. for money damages as compensation for personal injuries that were caused by the negligent acts and omissions of employees of the United States Government while acting within the scope of their offices and employment, under circumstances where the United States, if a private person, would be liable to the Plaintiff in accordance with the laws of the State of Illinois.

3. This Court has original jurisdiction of the action pursuant to 28 U.S.C. § 1331 and §1346(b).

4. Venue of this action in the United States District Court for the Northern District of Illinois is proper 28 U.S.C. § 1391(b) because all, or a substantial part of the acts and omissions forming the basis of this claim occurred within the Northern District of Illinois.

5. Plaintiff has fully complied with the provisions of the Federal Tort Claims Act pursuant to 28 U.S.C. § 2671 et seq., as Plaintiff's claim was filed in the Office of General Counsel on or around January 15, 2015, and as of the filing of this Complaint, the Plaintiff has not received a response from the Office of General Counsel regarding the administrative remedies available for the tort claim of Njideka Agba, as Mother and Next Friend of Josiah Cole, a minor. Therefore, Plaintiff has exhausted administrative remedies pursuant to 28 U.S.C. § 2671 et seq.

## FACTUAL ALLEGATIONS

6. That the minor Plaintiff's date of birth is March 29, 2012.

7. That on, prior, and subsequent to August 14, 2013, and at all times relevant hereto, the Defendant, **USA**, owned, operated and maintained **FAMILY CHRISTIAN HEALTH CENTER**, a healthcare facility offering treatment to the public and to the minor Plaintiff, **JOSIAH COLE**, by and through its agents, servants and/or employees, whether actual or apparent, including but not limited to **SHELLY DIXON, M.D., VELISCIA HODGES, APN, ZORINA THOMAS, PA.,** and **STEPHEN JOHNSON, M.D.,** at its facility located in the City of Harvey, County of Cook, and State of Illinois.

8. That on, prior, and subsequent to August 14, 2013, the Defendant **USA,** employed and held out its doctors and other healthcare professionals, as its agents, servants and/or employees, whether actual or apparent, including but not limited to, **SHELLY DIXON, M.D., VELISCIA HODGES, APN, ZORINA THOMAS, PA.,** and **STEPHEN JOHNSON, M.D.,** at its facility

located in the County of Cook, and State of Illinois, offering general medical services to the public and to the minor Plaintiff, **JOSIAH COLE.**

9. That on, prior, and subsequent to August 14, 2013, and at all times relevant hereto, the Defendant, **USA,** by and through its agents, servants, and/or employees, whether actual or apparent, including, but not limited to, **SHELLY DIXON, M.D., VELISCIA HODGES, APN, ZORINA THOMAS, PA.,** and **STEPHEN JOHNSON, M.D.,** accepted the minor Plaintiff **JOSIAH COLE**, as its patient and under took to diagnose and treat the condition from which he suffered.

## COUNT I

1-9. That the Plaintiff, **NJIDEKA AGBA, as Mother and Next Friend of JOSIAH COLE, a minor** hereby re-allege and incorporate paragraphs 1 through 9 of the Complaint as though fully set forth herein.

10. That on, prior, and subsequent to August 14, 2013, there existed a duty on the part of the Defendant, **USA,** by and through its agents, servants and/or employees, whether actual or apparent, including, but not limited to, **SHELLY DIXON, M.D., VELISCIA HODGES, APN, ZORINA THOMAS, PA.,** and **STEPHEN JOHNSON, M.D.,** to possess and apply the skill and knowledge of a reasonably well qualified health care staff and to treat the minor Plaintiff **JOSIAH COLE**, in a manner which equaled or exceeded the applicable standard of care.

11. That in disregarding its duty, the Defendant, **USA**, by and through its agents, servants and/or employees, whether actual or apparent, including, but not limited to, **SHELLY DIXON, M.D., VELISCIA HODGES, APN, ZORINA THOMAS, PA.,** and **STEPHEN JOHNSON, M.D.,** was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

    (a)    Failed to instruct and advise of daily Vitamin D supplementation for the minor Plaintiff; and

    (b)    Failed to ensure the health and safety of patient under its direct care;

12. That as a direct and proximate result of one or more of the foregoing careless and negligent acts and/or omissions on the part of the Defendant, **USA**, by and through its agents, servants and/or employees, whether actual or apparent, including, but not limited to, **SHELLY DIXON, M.D., VELISCIA HODGES, APN, ZORINA THOMAS, PA.,** and **STEPHEN JOHNSON, M.D.**, the minor Plaintiff **JOSIAH COLE**, suffered severe and permanent injuries; expended and will in the future expend great sums of money in an attempt to be cured; suffered and will continue to suffer from disability and disfigurement; and experienced and will continue to experience great pain and physical suffering, all of which injuries are permanent in nature**.**

**WHEREFORE**, the Plaintiff, **NJIDEKA AGBA, as Mother and Next Friend of JOSIAH COLE, a minor** prays for judgment against the Defendant, **USA**, in such amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate the Plaintiff for the injuries, losses and damages as hereinabove alleged.

    Respectfully submitted,

By: /s/ Michael S. Shinsky_____
    ARDC#: 6275914
    Attorney for Plaintiff
    **KRALOVEC, JAMBOIS & SCHWARTZ**
    60 West Randolph Street, 4th Floor
    Chicago, Illinois 60601
    Telephone: (312) 782-2525
    Fax: (312) 855-0068

I hereby certify that on August 13, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

,

                    By: /s/ Michael S. Shinsky
                        ARDC#: 6275914
                        Attorney for Plaintiff
                        **KRALOVEC, JAMBOIS & SCHWARTZ**
                        60 West Randolph Street, 4th Floor
                        Chicago, Illinois 60601
                        Telephone: (312) 782-2525
                        Fax: (312) 855-0068